```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DENYSE CORDERO,                                                        :
                                                                       :
                               Plaintiff,                              :
                                                                       :           23 Civ. 8583 (JPC)
                -v-                                                    :
                                                                       :           ORDER TO SHOW CAUSE
UNITED AIRLINES, INC.,                                                 :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 5, 2023, the Court once again extended Plaintiff's deadline to serve a complaint on Defendant or show cause why service had not been made to December 18, 2023, and warned Plaintiff that the Court may dismiss this case for failure to prosecute in the event that she failed to comply with the Order. Dkt. 8. Plaintiff has once again failed to meet this deadline. The Court will nevertheless *sua sponte* extend the deadline for Plaintiff to serve a complaint one final time until January 9, 2024. If Plaintiff fails to serve a complaint by the new deadline, the Court will dismiss this case for failure to prosecute. *See* Fed R. Civ. P. 41(b); *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . . ."). The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated: December 19, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge