```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENYSE CORDERO,                                  :
                                                 :       **ORDER FOR CONFERENCE**
            Plaintiff,                           :
                                                 :
      -v-                                        :       23-CV-8583 (JPC) (HJR)
                                                 :
UNITED AIRLINES, INC.,                           :
                                                 :
            Defendant.                           :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 16, 2024, United Airlines by letter motion requested a Local Rule 37.2 Conference. Doc. 22. Cordero is directed to respond to United Airlines' letter motion by **Monday, September 30.**

The Court will hold a conference on **Wednesday, October 2 at 10:30 a.m.**, via teleconference. The dial in number is 646-453-4442, and the conference ID is 307 601 01#.

In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.
2. Use handset rather than speakerphone.
3. Identify yourself each time you speak.
4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.
5. Mute when not speaking to eliminate background noise and prevent interruptions.
6. Avoid voice-activated systems that don't allow speaker to know when someone else is trying to speak and they cut off the beginning of words.

The Clerk of Court is respectfully directed to mark United Airline's motion at Docket Number 22 as "Granted" and to mail a copy of this order to Cordero.

**SO ORDERED.**

Dated: September 24, 2024
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge