```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENYSE CORDERO,                              :
                                             :      **ORDER FOR CONFERENCE**
             Plaintiff,                      :
                                             :
    -v-                                      :      23-CV-8583 (JPC) (HJR)
                                             :
UNITED AIRLINES, INC.,                       :
                                             :
             Defendant.                      :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

As discussed in today's conference, the following deadlines are ordered: by **October 5, 2024,** the plaintiff will provide a verified copy of her response to the defendant's interrogatories; by **October 18, 2024,** the parties are to meet and confer to discuss the plaintiff's objections to the defendant's requests for production request-by-request; the plaintiff will serve her own discovery requests, including requests for production and interrogatories, by **October 22, 2024**; and the parties will submit a joint status report by **October 25, 2024.**

In addition, the plaintiff is directed to contact the Court's pro se office to update her contact information.

Finally, the plaintiff is advised that the Federal Pro Se Legal Assistance Project provides free legal assistance to self-represented civil litigants. The plaintiff can contact the Federal Pro Se Legal Assistance Project via their website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. The plaintiff should also refer to the Discovery Guide (the "Guide") available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/discoveryguide.pdf that

provides a basic overview of discovery procedures and the initial conference.  The Guide is provided only for informational purposes, and it does not override or replace any orders of the Court or rules that apply to this case.

**SO ORDERED.**

Dated: October 2, 2024
      New York, New York

Hon. Henry J. Ricardo
United States Magistrate Judge

2