```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENYSE CORDERO,                                     :
                                                    :          **ORDER**
              Plaintiff,              :
                                                    :
  -v-                                               :          23-CV-8583 (JPC) (HJR)
                                                    :
UNITED AIRLINES, INC.,                              :
                                                    :
              Defendant.              :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

      On October 25, 2024, the parties moved via letter motion for an extension of time to resolve requests for production of documents and for plaintiff to serve her discovery requests. Dkt. No. 27. The motion is granted and those deadlines are extended to November 8, 2024. The parties are to provide a status update on November 13, 2024.

      **SO ORDERED.**

Dated: October 28, 2024
          New York, New York

                                              Hon. Henry J. Ricardo
                                              United States Magistrate Judge