```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENYSE CORDERO,

                Plaintiff,

     -v-

UNITED AIRLINES, INC.,

                Defendant.
------------------------------------------------------------X

**ORDER**

23-CV-8583 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 13, the Court received a status report from defendant identifying a number of issues that have arisen during discovery. Dkt. No. 29.

Plaintiff is directed to, by **November 28, 2024**, individually state, request-by-request, which documents she is willing to produce. She may communicate this either via letter or phone call to defendant. Her objections will be waived if she fails to comply with this order.

To the extent defendant wishes to compel production, it is directed to file a letter motion by **December 6, 2024.**

The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff.

**SO ORDERED.**

Dated: November 15, 2024
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge