```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENYSE CORDERO,                              :
                                                                                                       **ORDER FOR CONFERENCE**
                Plaintiff,         :
              -v-                  :          23-CV-8583 (JPC) (HJR)
                                   :
UNITED AIRLINES, INC.,                       :
                                   :
                Defendant.       :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court will hold a telephone conference on **Thursday, December 19** at **11:00 a.m.** via telephone. Parties should call 1-646-453-4442. The conference ID is 444461101#.

The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff. To ensure that plaintiff receives a copy of this order, counsel for defendant is also respectfully directed to provide a copy of this order to plaintiff.

    **SO ORDERED.**

Dated: December 9, 2024
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge