```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DENYSE CORDERO,                                     :
                                                    :      **ORDER**
                        Plaintiff,                  :
                                                    :
        -v-                                         :      23-CV-8583 (JPC) (HJR)
                                                    :
UNITED AIRLINES, INC.,                              :
                                                    :
                        Defendant.                  :
-----------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

This action was brought by *pro se* plaintiff Denyse Cordero, alleging that defendant United Airlines lost her luggage containing significant valuables. Amended Complaint, Dkt. No. 10.

Fact discovery was initially scheduled to end on April 11, 2024. Dkt. No. 16. Defendant served its initial discovery demands on January 29, 2024. Dkt. No. 17. Plaintiff did not respond to these demands. *Id.* The parties proposed and the Court approved a new scheduling order, which specifically required plaintiff to respond to defendant's initial discovery demands by September 9, 2024. Dkt. Nos. 20–21. On September 16, 2024, defendant moved for a Local Rule 37.2 conference because plaintiff had not produced any documents by the September 9 deadline. Dkt. No. 22. Following a conference, plaintiff was ordered to respond to defendant's discovery requests by October 5, to meet and confer with defendant, to provide her own discovery demands by October 22, and the parties were directed to submit a status report. Dkt. No. 26.

In a November 13 status report, defendant wrote that plaintiff still had not produced any documents. Dkt. No. 29. On November 15, the Court directed plaintiff, by November 28, 2024, to "individually state, request-by-request, which documents she is willing to produce." Dkt. No. 30. Plaintiff was warned that her objections to defendant's discovery demands would be waived if she did not comply with this order. *Id.*

On December 2, 2024, plaintiff filed a letter on the docket requesting a hearing to address unspecified issues. Dkt. No. 31. On December 5, 2024, defendant moved to compel plaintiff to produce responsive documents, as she had neither produced any documents nor been in communication with counsel for defendant since November 4. Dkt. No. 32. On December 9, 2024, the Court scheduled a premotion conference via telephone for December 19, 2024. Dkt. No. 33. The Clerk of Court was directed to mail a copy of that order to plaintiff, and counsel for defendant was directed to provide a copy of the order was well. *Id.*

The conference was held as scheduled today and plaintiff failed to appear. Counsel for defendant affirmed that he provided a copy of the December 9 order to plaintiff by email.

## CONCLUSION

Through her failure to comply with the Court's orders, despite numerous extensions, and her failure to appear in response to defendant's motion to compel, plaintiff has waived her objections to defendant's document requests. Accordingly, defendant's motion to compel is **GRANTED**. Plaintiff is directed to provide full and

complete responses to defendant's Notice to Produce Documents no later than **January 24, 2024. Failure to comply with this order could result in sanctions, including potentially the dismissal of certain claims or the entire case.**

The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff and to mark the motion at Dkt. No. 32 as granted. To ensure that plaintiff receives a copy of this order, counsel for defendant is also directed to provide a copy of this order to plaintiff.

**SO ORDERED.**

Dated: December 19, 2024
New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge

3