```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DENYSE CORDERO,                                   :
                                                  :     **ORDER**
                           Plaintiff,             :
                                                  :
     -v-                                          :     23-CV-8583 (JPC) (HJR)
                                                  :
UNITED AIRLINES, INC.,                            :
                                                  :
                           Defendant.             :
-------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

    Defendant United Airlines has moved via letter motion for discovery sanctions against plaintiff Denyse Cordero. Dkt. No. 36. Defendant's requested relief is the dismissal of the complaint. *Id*. Such relief should be requested though a full motion, not a letter motion. The Court will treat Defendant's letter motion as a request for leave to file, which is hereby **GRANTED**.

    Defendant's moving papers are due **February 14, 2025**. Plaintiff's opposition is due **March 14, 2025**. Defendant's reply is due **March 26, 2025**.

    The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 36 and to mail a copy of this order to Plaintiff.

    **SO ORDERED.**

Dated: January 28, 2025
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge