```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DENYSE CORDERO,  :
 :  **ORDER**
         Plaintiff,  :
 :
-v-  :  23-CV-8583 (JPC) (HJR)
 :
UNITED AIRLINES, INC.,  :
 :
         Defendant.  :
-----------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 14, 2025, Defendant filed a motion for discovery sanctions, seeking the remedy of dismissal. Dkt. No. 38. Plaintiff's opposition deadline was March 14, 2025. Dkt. No. 37. No opposition has been filed.

The Court will *sua sponte* extend Plaintiff's opposition deadline to **March 24, 2025**. If no opposition is filed, Defendant's motion will be deemed unopposed and the Court will decide it based on Defendant's papers alone. Plaintiff is warned that Defendant's motion could result in the imposition of sanctions against Plaintiff, including a recommendation that Plaintiff's claims be dismissed.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

    **SO ORDERED.**

Dated: March 17, 2025
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge