UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/21/2025
```

-----------------------------------------------------------X

DENYSE CORDERO,                                           :
                                                         :     **ORDER**
                          Plaintiff,                      :
                                                         :
          -v-                                             :     23-CV-8583 (JPC) (HJR)
                                                         :
UNITED AIRLINES, INC.,                                    :
                                                         :
                          Defendant.                      :
-----------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 14, 2025, Defendant filed a motion for discovery sanctions, seeking the remedy of dismissal. Dkt. No. 38. Plaintiff's opposition deadline was March 14, 2025. Dkt. No. 37. On March 17, the Court *sua sponte* extended Plaintiff's opposition deadline to March 24, 2025. Dkt. No. 41. On March 18, a letter from Plaintiff was entered on the docket. Dkt. No. 42. In the letter, Plaintiff requests a "temporary pause" of the case due to health-related challenges. *Id.* Plaintiff offered to provide documentation from medical or mental health professionals to support her request.

The Court will grant Plaintiff an additional 30 days to respond to Defendant's motion, until April 24, 2025. If Plaintiff wants any further extensions, she must file by April 24, 2025 any documents supporting her request. These filings may be redacted on the docket but must be made available in unredacted form to the Court and Defendant.

The Clerk of Court is respectfully directed to mail a copy of this order to

Plaintiff.

**SO ORDERED.**

Dated: March 21, 2025
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge