```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENYSE CORDERO,

                Plaintiff,

    -v-

UNITED AIRLINES, INC.,

                Defendant.
------------------------------------------------------------X

**ORDER**

23-CV-8583 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 14, 2025, Defendant filed a motion for discovery sanctions, seeking the remedy of dismissal. Dkt. No. 38. Plaintiff's opposition deadline was March 14, 2025. Dkt. No. 37. On March 17, the Court *sua sponte* extended Plaintiff's opposition deadline to March 24, 2025. Dkt. No. 41. On March 18, a letter from Plaintiff was entered on the docket requesting additional time to reply. Dkt. No. 42.

The Court granted Plaintiff an additional 30 days to respond to Defendant's motion, until April 24, 2025. Dkt. No. 43. No opposition or request for additional time has been filed. The motion will therefore be decided based on Defendant's submissions.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

    **SO ORDERED.**

Dated: May 12, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge